without costs. New findings of fact made. All concur, except Thompson, J., who dissents and votes for affirmance.

W. STRONG CLOHER and Another, as Executors, etc., of WILLIAM H. CLOHER, Deceased, Respondent, v. JOHN C. FULMER and Others, Appellants.*— Judgment modified by confining the recoveries against the defendants other than John C. Fulmer to the amounts received respectively by such defendants or held by Fulmer for their proportionate account and as modified affirmed, without costs. New findings of fact made. All concur, except Thompson, J., who dissents and votes for affirmance.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Executor, etc., of WILLIAM I. TABER, Deceased, Respondent, v. JOHN C. FULMER and Others, Appellants.*— Judgment modified by confining the recoveries against the defendants other than John C. Fulmer to the amounts received respectively by such defendants or held by Fulmer for their proportionate account and as modified affirmed, without costs. New findings of fact made. All concur, except Thompson, J., who dissents and votes for affirmance.

T. HARVEY FERRIS, Respondent, v. JOHN C. FULMER and Others, Appellants.*— Judgment modified by confining the recoveries against the defendants other than John C. Fulmer to the amounts received respectively by such defendants or held by Fulmer for their proportionate account and as modified affirmed, without costs. New findings of fact made. All concur, except Thompson, J., who dissents and votes for affirmance.

GEORGE W. GAMMEL, Respondent, v. JOHN C. FULMER and Others, Appellants.* — Judgment modified by confining the recoveries against the defendants other than John C. Fulmer to the amounts received respectively by such defendants or held by Fulmer for their proportionate account and as modified affirmed, without costs. New findings of fact made. All concur, except Thompson, J., who dissents and votes for affirmance.

FIRST BANK AND TRUST COMPANY OF UTICA, as Executor, etc., of JOHN H. SIEMERS, Deceased, Respondent, v. JOHN C. FULMER and Others, Appellants.*— Judgment modified by confining the recoveries against the defendants other than John C. Fulmer to the amounts received respectively by such defendants or held by Fulmer for their proportionate account and as modified affirmed, without costs. New findings of fact made. All concur, except Thompson, J., who dissents and votes for affirmance.

SHERRILL SHERMAN and Another, as Executors, etc., of CARRIE B. SHERMAN, Deceased, Respondents, v. JOHN C. FULMER, Appellant.— Judgment affirmed, with costs. All concur.

IRMA JONES, Respondent, v. TOWN OF POMPEY, Appellant.†— Judgment and order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and facts and for dismissal of the complaint.

WILLIAM F. AVEY, Respondent, v. TOWN OF BRANDT, Appellant.‡— Order affirmed, with ten dollars costs and disbursements. All concur. [145 Misc. 618.]

MILLARD S. FRANCISCO, Respondent, v. BOARD OF EDUCATION, FREE SCHOOL DISTRICT No. 11, TOWN OF DEWITT, Appellant.— Judgment and order affirmed, with costs. All concur.

SYLVIA PALLAS, etc., Appellant, v. JOSEPH RATKOFF and Others, Respondents. — Judgments and order affirmed, with separate bills of costs. All concur, except

* Affd., 262 N. Y. 700.    † Affd., 263 N. Y. 516.    ‡Revd., 263 N. Y. 320.